**Arthur WOODS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27387.**

Court of Criminal Appeals of Texas.
Dec. 1, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of robbery. The punishment assessed is confinement in the state penitentiary for a term of twenty years.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.

**L. K. BOWEN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27173.**

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $100.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.